# EXHIBIT 1

8/28/23, 10:43 AM　　DC International School Mail - CONFIDENTIAL - I don't know if mike knows what that means - but Chris Does! - I QUIT

Case 1:24-cv-02948-SLS   Document 10-3   Filed 02/04/25   Page 2 of 4



Denise Lyons <denise@dcinternationalschool.org>

# CONFIDENTIAL - I don't know if mike knows what that means - but Chris Does! - I QUIT
2 messages

**Nicholas Curwen** <nicholas.curwen@dcinternationalschool.org>　　　　　　　　　　Fri, Aug 18, 2023 at 1:54 PM
To: Michael Rosskamm <michael.rosskamm@dcinternationalschool.org>, Denise Lyons <denise@dcinternationalschool.org>, Christopher Nace <christopher.nace@dcinternationalschool.org>, Dan Boudreaux <danielle.boudreaux@dcinternationalschool.org>, Ezra Miller <ezra.miller@dcinternationalschool.org>, Allison Sandusky <allison.sandusky@dcinternationalschool.org>

Hey all,

I am really really sorry. But I Quit. Now before everything goes semi public. Chis and Dan I love you thanks for having my back and listening to me. Leticia, you are stronger than you know. Sabre 🦄 god holding my hand like that. Mounia 🌈 you are so beautiful I live in your sunshine. Ramp I am still going to prank you. Mary Thomas and the library you all are amazing. Shariff, Patel. Omg Jen P is the reason I met my boyfriend. I'll continue to work on any harm I have caused to other is a oh i dont know noticing environment that Mike Talks about - that he practices wearing and LGBTQ shirt on stage today and wonders why I'm absent as Denise and HR if they were not so busy they would be docking my pay before reaching out..... I know I have hurt people in this building and I'm sorry. I know this is going to shock you but I'm done protecting the high school I founded. Its bones were rotten the day you picked Mike. Hey Mike, you do make me dream of aspiring to you roll someday, but before that you would have to profusely apologize for our first meeting. I am gay man. I am an alcoholic. I smoke weed because I enjoy it. It is legal. I am in chronic pain so much because I cannot sit. Which you see. You have actually documented my pain with my physical mobility issues.

I actually have to say, this new liberation is all thanks to Denis Mike and the Team at Tec and HR. It is only through the wonderful insestual relation that exists between them that we have lost so many good people, like homol, like contrares, like maya and bailey and fuck that review of when hr messed up and the woman traveled all the way from california only to be told it was on zoom when she got to dc? I don't know why people don't read more. Maybe I just have more free time as a broke single gayman because I am an educator.

Anyways back to the point, For the next weeks as I think about weather or not the school will meet my condition so I feel comfortable, because no one was meeting me at my basic needs and insulting my human dignity as a gay man, and educator, a person, an activist and a member of this profession learning community.

I actually want to Four Remaining Shout OUTs, actually six...

Ms. B. You are my family. You know my lungs are shot from how much weed I smoke but Brandon says I can give you my liver now. I know you don't really drink and I wouldnt encourage that... omg you know that.. you listen.... 🦄

Mike - that first day when you were a straight man, I think but right that's not for me to have to openly say unless I want to, when you had that meeting and you hurt someone that wasn't me. 🚬🚬 you brought smoke and now I will bring the fire because you represent everything that I never heard when I was drinking because it was to painful to live as a fat gay man. So ironically my pain makes me very fuckable.

Ezra - OMG THAT BOOK - Gay is Good - You changed my life so wow - books - fuck!

But the Shout Out of the Month Goes to:
- MY boyfriend Brandon Trollinger - He loves and believes me and I hurt him yesterday because of the emotional shit from this job. I love him more than anything and I would do anything never hurt him. I am going to put a ring on that man. I am going to marry him. I think Chris might do it and Dan and Ezra you are invited. Mike and Denise you can respectfully fuck off. It would be too fun in NewHampshire. Is that ok babe, you know i'm always broke because I spend my money giving back to others and the school.

I am going to go and repair some harm to my family this has additionally caused. My mom used to be the Dean of Faculty and Phillips Exeter... OMG Lori knows all about Exeter and the connections we could build. Unfortunately my mom doesn't believe in me right now and I love her way too much to have this ruin us.

It is only by some of the actions of the people here that I am both still sober through all of this. It is only when some breaks you to the lowest point of what you thought was common dignity that you have nothing to lose. Gay is Good. I should never have to tell my stories the way you made me.

I would suggest at this point that you all don't even talk to each other unless you want me to get a lawyer. I haven't. I am willing to play in good faith so the school year is not destroyed so only people on this email know I quit. I need a couple weeks of absence to come up with a proposal for how you can accomodate me if I decide to come back to work. If all the people on this email still work there by their own choice. Trust me I have a plan for how Mike and Denise can restore themselves oh and HR, can restore their imagination for when I come back. In the meantime... I need a break after the passing of Ms. Newell. A black woman in Shaw who witnessed the 1968 riots to people who see me going home to my family on social media. It might look like I am smoking a lot of weed and hiking and loving people and shopping because I am in a lot of pain right now and those things are far more fun than me losing my sobriety. Oh so is food. Lots of food.  I'm getting too skinny and have not eaten in peace due to my anxiety. I literally didn't eat yesterday because I forgot I ate. Not because I was hungry but because I thought I still had to cook and I would do anything for Brandon.

I think you can figure out who the last shout out for because if it wasn't for how hurt you must be to hurt people denise, well, I'm sorry for what you have to deal with to approach people the way you do. Let's remember I tried to meet you where you were at as I got fit with hiking. I asked for a basic accommodation you would provide as student that was both a fire hazard, that was only brought up after the indignity of being told to take a paid day off to go to a physical pd where i need to smoke weed to do physical things is just not realistic and I don't even want to fight that battle yet. But it will come. Its a medical treatment get the fuck off it if you have a problem. I know what drinking does, trust me.

Now I'm going to do this quietly or loudly and I think you know the implication and you also know who you have hurt... oh mike you have no idea the damage that has been done and even on my worst day - my hr file -???? Chris can you please pull that right way or mike if you had any self respect could you so that things that were not previously problems suddenly manifest. I wouldnt want to rehash only issues because my god Denise the amount of people you and your bestie carlos make cry in front of me is actually really fucked up. Like a slow emotional genocide on the soul of the school that had such good intentons. I have no idea why Mary is your friend but I can see why you may have left your last school in hope for a second chance. Like  I did from KIPP DC WILL Academy when you knowly transferred leaders from that school to another without asking anyone. I think that's probably an HR problem and as not all of HR is Melina, I decided I'd hope we can abide by this email.  You know maybe they did  check with Sandusky or Cody or Welsh, other founding members of the school and because I actually own Allison so much I am going to put her on this email. I know she understands confidentiality and I know she knows I am ok. I am also in a 'noticing culture' where Mike calls me candid and has been encouraged to notice she is going out of her way to help others in the LGBTQ community. I needed that story on the metro more than you will ever know.

Now here is the fun part as I have no faith in school leaders, you can continue to publish my fyi's as I take a leave of absence to compose myself. Denise and Mike. Never never never speak to me in less I invite you to. You might notice like the whole staff I can't be in a room with either of you because of how hypocritical I find you. You are the Clarence Thomases of DCI's Supreme Court. Does HR do all of this training because a lot of what I am describing is bullying. I told Mike that in the conversation I recorded last year. Hey Mike, thanks for lecturing me on morality, suggesting I apologize to Carlos because he feels like the help - that was the 🍒 on top of my 🍨 .

If Mike or Denise do anything to me that recording goes everywhere and thats ok cause its dc baby - so Id rather quit before I get fired in this fucked up at will educator work environment because of the hostile work enviorment you all have created. Oh don't contact me, you lost that right - only Chris Dan can contact me in regards to this. Anyone who reaches out to me I choose to respond to can I can because I quit. If you lock me out of everything, not only can I not propose a plan to fix this but I wouldnt have a functioning computer because again I am broke so when my last one i used to use broke... I just use this... I don't even get to watch porn on a big screen because I would never do that or like to go on dating sites at work and just sit in hallways for hours and hours doing nothing as people like VD were slowly driven out.

Lots of love to the people who are willing to match me with the grace I am trying to show. Also Denise and Mike if it's not abundantly clear, thanks for breaking me, it took you 8 years to do it, but you did! You finally took away dignity that not even Trump in DC and a Pandemic without toilet paper could. Good for you. That's actually a skill if it is intentional but I will acknowledge it took a lot of harm from a look of places at this school that brought me here. It is only by finding myself essentially outed in every aspect of my personal life by people not ever trying to accomodate me that all of these things had to come out and I was not afforded any opportunity to process them. I have only been sober for two years. I drank since living in spain in high school when I was 16. You have taken everything private for me that I never posted on social media for people like our students to see who I engage with and do think like take out to coffee and desserts at Ukrainian bakeries before they go off to coffee - Glo Po Girlies rock.

Anyways, it's been a long day and part of the problem is that I no longer want to explain myself. I wanted to be valued as human, which is a quality that should be universally binding to a school that values its rich mission and history that is young but just starting.... Imagine a few years from now when Nina or Colton come back to talk to students... what they

8/28/23, 10:43 AM                    DC International School Mail - CONFIDENTIAL - I don't know if it takes two - what that means, but Club Does! - I QUIT

Case 1:24-cv-02948-SLS    Document 10-3    Filed 02/04/25    Page 4 of 4

could actually teach a class here more completely than a few of the hires you've made... that's inevitable but you get my point. I'll get to Carlos and Melina in a separate restorative way. If I want to come back to DCI.

It's been a super long day. Lots of love to the people who return it. For the people who don't, you have no idea the fire that you have started in a way that might do some good. Also fuck off, mike like really? Denise may someday like a million years from now we can go for a hike. I know there are still things I love about you. that's what I hung on to for years.

#Bitchbettergetmymoney  - if you dont know the reference ask mike or denise

---

**Michael Rosskamm** <michael.rosskamm@dcinternationalschool.org>                    Fri, Aug 18, 2023 at 2:12 PM
To: "Simons, Adam T." <ASimons@mcguirewoods.com>, Denise Lyons <denise@dcinternationalschool.org>, Christopher Nace <christopher.nace@dcinternationalschool.org>

Hey Adam,

Here is the latest. Any feedback on how to move forward?

Mike

[Quoted text hidden]