**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NICHOLAS CURWEN ) | |
| ) | CIVIL ACTION |
| *Plaintiff*, ) | |
| ) | Case No. 1:24-cv-02948 |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| INTERNATIONAL SCHOOL ) | |
| ) | |
| *Defendant*. ) | |

**JOINT NOTICE OF SETTLEMENT**

The parties respectfully notify the Court that they have reached a settlement in principle resolving all claims in the above captioned action. The parties are drafting and finalizing a written settlement agreement and anticipate filing a stipulation of dismissal within 30 days. The parties respectfully request that all current deadlines be stayed and that the Court set a deadline of December 10, 2025, for the filing of a joint status report if dismissal has not yet been filed.

| | |
|---|---|
| Dated: November 10, 2025. | Respectfully submitted, |
| | |
| /s/ Scott M. Lempert | /s/ Laura M.K. Hassler |
| Scott M. Lempert | Laura M.K. Hassler (#988969) |
| Scott M. Lempert (Bar # 1045184) | Eccleston & Wolf, P.C. |
| MORGAN & MORGAN, PA | 1629 K Street, N.W., Suite 260 |
| 2005 Market St., Suite 350 | Washington, D.C. 20006 |
| Philadelphia, PA 19103 | (202) 857-1696 (Tel) |
| (215) 488-5362 | (202) 857-0762 (Fax) |
| Scott.lempert@forthepeople.com | hassler@ewdc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |