# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicholas Curwen<br><br>      Plaintiff,<br><br>v.<br><br>District of Columbia International School,<br>      Defendants. | CIVIL ACTION NO: 1:24-CV-02948<br><br>Judge Sparkle L. Sooknanan |

## JOINT STATUS REPORT

The parties by and through undersigned counsel pursuant to the Court's Order of November 10, 2025, hereby provide the following status update:

The parties have been working cooperatively toward finalizing settlement paperwork and are continuing to negotiate certain terms. Due to a variety of circumstances, the parties do not anticipate finalizing the resolution prior to the end of the year. The parties are hopeful that they will be in a position to dismiss this matter within the next 45 days.

Respectfully submitted,

| | |
|---|---|
|       **/s/**                        <br>Laura M.K. Hassler (#988969)<br>Erin A. Isaac *(pro hac vice)*<br>ECCLESTON & WOLF, P.C.<br>1629 K Street, N.W., Suite 260<br>Washington, D.C. 20006<br>(202) 857-1696 (Tel)<br>(202) 857-0762 (Fax)<br>hassler@ewdc.com<br>issac@ewdc.com<br>*Counsel for Defendant* | /s/ (with authorization)       <br>Scott M. Lempert (Bar # 1045184)<br>MORGAN & MORGAN, PA<br>2005 Market St., Suite 350<br>Philadelphia, PA 19103<br>(215) 488-5362<br>Scott.lempert@forthepeople.com<br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2025 a true copy of the foregoing Dismissal was served electronically via the Court's electronic filing system on all counsel of record.

                                                                */s/ Laura M.K. Hassler*